United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDY JAVIER CHOURIO CHOURIO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-783 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, | § | |
| | § | |
| Respondent. | § | |

## ORDER

In this habeas action, Petitioner Andy Javier Chourio Chourio challenges his ongoing immigration detention, arguing that Respondents cannot detain him under 8 U.S.C. § 1225(b)(2)(A) without allowing him the opportunity to seek bond.

In February 2026, the Fifth Circuit issued *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), concluding that Respondents may detain aliens such as Petitioner under Section 1225(b)(2)(A) without affording them the opportunity to seek bond. Petitioner contends that the decision does not foreclose a claim that such a denial violates his Fifth Amendment due process rights. The Court has previously considered and rejected this argument. *See, e.g., Makhmudov v. Lyons*, No. 1:26-CV-024, 2026 WL 879392, at *1 (S.D. Tex. Mar. 31, 2026) (citing *Zuniga v. Lyons*, 814 F. Supp. 3d 685, 696 (N.D. Tex. 2025); *Guzman-Diaz v. Noem*, No. 3:25- CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26- CV00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); and *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).

The Court ordered Petitioner to file, by August 4, 2026, a Statement "explaining why the reasoning in the previously-referenced decisions does not apply to the claims that he presents." (Order, Doc. 5) The Court further stated that if "the Petitioner does not file the Statement, the Court will deny the Petition." (*Id.*) Petitioner filed no Statement.

As a result, it is:

**ORDERED** that Petitioner Andy Javier Chourio Chourio's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on August 13, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge